United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 19-20361-Scola |
| | ) | |
| Harol Melgarejo, Defendant | ) | |

## Order on Compassionate Release

On August 4, 2020, the Court denied the Defendant's motion for compassionate release because his medical conditions did not constitute "extraordinary and compelling reasons" for his release after serving only 10% of his sentence. Since the Court's order, the Defendant has filed a reply in support of his motion. The Court has considered the information in the Defendant's reply but this information does not change the Court's decision that Melgarejo is not entitled to release.

**Done and ordered** at Miami, Florida, on August 5, 2020.

_____
Robert N. Scola, Jr.
United States District Judge