UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20361-CR-SCOLA

UNITED STATES OF AMERICA

v.

**HAROL MELGAREJO ESTEVEZ**,

    **Defendant.**
_____/

## UNOPPOSED MOTION FOR REDUCTION OF SENTENCE OF DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35

Comes Now, the United States of America, by and through its undersigned Assistant United States Attorney, and files this motion pursuant to Rule 35, Fed. R. Crim. P., and Title 18, United States Code, Section 3553(e), to reduce the prison sentence of defendant Harol MELGAREJO Estevez. The government states that the defendant has performed "substantial assistance," as that term is meant and understood in Rule 35, Fed. R. Crim. P., and Title 18, United States Code, Section 3553(e), and in support of its motion, states as follows:

1. On June 12, 2019, the defendant was indicted in a two-count indictment with conspiracy to commit money laundering (Count 1) and substantive money laundering (Count 2).

2. As part of the agreement, the defendant pleaded guilty to Counts 1 (DE54).

3. On January 16, 2020, the defendant was sentenced to 48 months' imprisonment (DE 93-94). The Bureau of Prisons website indicates that the defendant is scheduled to be released on September 18, 2022.

4. The defendant has provided substantial assistance to the government, and the defendant's detailed information was helpful to the government. The government is willing to

elaborate on the nature and quality of this assistance at a hearing on the motion, if the Court so desires.

5. The undersigned counsel has spoken to the defendant's defense counsel, Mr. Sam Rabin, Esq., and communicated the government's recommendation of time-served and the release of the defendant.

6. Based on the foregoing, the United States and defense counsel Sam Rabin, Esq. do not request a hearing on the motion.

7. Furthermore, the United States respectfully recommends a reduction to time-served and that the Court order the release of the defendant.

          Respectfully submitted,

          JUAN ANTONIO GONZALEZ
          UNITED STATES ATTORNEY

By: *[signature]*
          ANDY R. CAMACHO
          Assistant United States Attorney
          Court No. # A5501807
          Telephone: (305) 906-1389
          Email: andy.camacho@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2022, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                              JUAN ANTONIO GONZALEZ
                              UNITED STATES ATTORNEY

By: _____
      ANDY R. CAMACHO
      Assistant United States Attorney
      Court No. # A5501807
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9038